Andew Pincus (AP9295)
Mitchell B. Seidman (MS0894)
**SEIDMAN & PINCUS, LLC**
77 Brant Avenue, Suite 202
Clark, New Jersey 07066
Phone: (201) 473 0047
*Counsel to Itria Ventures LLC*

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| In re:<br><br>CROWN LIFESTYLES, INC.<br><br>Debtor. | Chapter 7<br>Case No. 23-15552-CMG |

**NOTICE OF APPEARANCE**
**AND REQUEST FOR SERVICE OF PAPERS**

**PLEASE TAKE NOTICE** that pursuant to Rule 2002(g) and 9010(b) of the Federal Rules of Bankruptcy Procedure, Seidman & Pincus, LLC appears for and on behalf of Itria Ventures LLC in the above-captioned matter, and requests that all notices that are required to be given, and all papers that are required to be served, be given to and served upon the undersigned at the address and telephone number set forth below:

Mitchell B. Seidman, Esq.
Andrew Pincus, Esq.
**SEIDMAN & PINCUS, LLC**
77 Brant Avenue, Suite 202
Clark, New Jersey 07066
Phone: (201) 473-0047
Fax: (201) 288-7009
ap@seidmanllc.com

**PLEASE TAKE FURTHER NOTICE** that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes, without limitation, orders, notices, applications, motions, petitions, pleadings, requests, complaints or demands,

answering or reply papers and any memoranda or briefs in support of the foregoing and any other documents brought before this court in connection with these proceedings.

**PLEASE TAKE FURTHER NOTICE** that this Notice of Appearance and Request for Service of Papers shall not deemed or construed to be a waiver of the right (i) to have final orders in non-core matters entered only after de novo review by the District Court Judge, (ii) to trial by jury in any proceeding so triable in this case, or any case, controversy or proceeding related to this case, (iii) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, or (iv) to any other claims, actions, setoffs, or recoupments to which Itria Ventures LLC may be entitled, in law or equity, all of which rights, claims, actions, defenses, setoffs and recoupments are expressly reserved.

Dated: July 25, 2025

**SEIDMAN & PINCUS, LLC**
*Counsel to Itria Ventures LLC*

By: /s/ Andrew Pincus
Mitchell B. Seidman
Andrew Pincus
77 Brant Avenue, Suite 202
Clark, New Jersey 07066
Phone: (201) 473-0047
Fax: (201) 288-7009